UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:25-cv-12093-MWF-CTS Date: September 15, 2026

Title: *Juan Villegas v. Yesha Hill*

Present: The Honorable CHRISTINA T. SHAY, United States Magistrate Judge

| Marina Moreno-Carrillo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** **Order Regarding Petitioner's Opposition to Respondent's Motion to Dismiss (ECF No. 12)**

On October 14, 2025, Petitioner Juan Villegas ("Petitioner"), acting *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 ("Petition"). (Pet., ECF No. 1.) On February 10, 2026, Petitioner paid the filing fee. (ECF No. 8.) On June 29, 2026, the Court ordered that a response to the Petition be filed ("Order"). (Order, ECF No. 10.) On July 29, 2026, Respondent filed a Motion to Dismiss the Petition ("Motion"). (Mot., ECF No. 12.) As stated in the Order, Petitioner's opposition to the Motion was due by August 31, 2026. (Order 2–3.) To date, no opposition to the Motion has been received.

Petitioner is therefore **ORDERED TO SHOW CAUSE** by **October 30, 2026** why the Court should not recommend that the Petition be dismissed for failure to file an opposition to the Motion, failure to comply with Court orders, and failure to prosecute. If Petitioner files an opposition to the Motion on or before that date, this Order to Show Cause will be discharged, and no additional action needs to be taken.

The Court notes that, on August 5, 2026, Petitioner submitted a Notice of Change of Address (ECF No. 14) and, in light of this, considers the possibility that Petitioner may not have received the Motion and **DIRECTS** the Clerk of Court to attach a copy of the Motion to this Order.

**Petitioner is advised that failure to file an opposition to the Motion may be construed as consent to the granting of the Motion and will result in a recommendation that the Petition be dismissed. *See* C.D. Cal. L.R. 7-12. Petitioner also is advised that failure to comply with this**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:25-cv-12093-MWF-CTS Date: September 15, 2026

Title: *Juan Villegas v. Yesha Hill*

**order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or failure to comply with Court orders. *See* C.D. Cal. L.R. 41-1.**

It is so ordered.

Attachments
Notice of Motion and Motion to Dismiss Case (ECF No. 12)